IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Original Creations, Inc. | ) | |
| | ) | |
| PLAINTIFF, | ) | COMPLAINT FOR |
| | ) | PATENT INFRINGEMENT |
| vs. | ) | |
| | ) | |
| Hisonic International Inc., | ) | |
| | ) | JURY DEMANDED |
| DEFENDANT. | ) | |

## COMPLAINT

Plaintiff Original Creations, Inc. ("Original Creations") complains of Defendant Hisonic International, Inc. ("Hisonic") and as claim for relief shows as follows:

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a).

### Parties

2. Plaintiff Original Creations is an Illinois Corporation having a principal place of business at 1730 Park Street, Suite 117, Naperville, Illinois 60563.

3. Defendant Hisonic is a California Corporation having a principal place of business at 5185 Cliffwood Drive, Montclair, California 91763.

### The Original Creations Patent

4. United States Reissued Patent No. RE41,060 is entitled "Multi-functional Charger with Power Generating and Illumination Functions," and assigned to Original Creations ("the '060 Reissued Patent") (Ex. A).

5. Original Creations owns and has standing to sue for infringement of the '060 Reissued Patent.

6. The '060 Reissue Patent concerns chargers with power generating and illuminating functions.

### The Infringement

7. Defendant Hisonic sells to consumers in the United States and, more particularly, in the Northern District of Illinois, at least the following chargers with power generating and illuminating functions: GHW328 Flashlight with Tips; KA404 AM/FM Radio; KA309 9 LED Dynamo Flashlight ("the Accused Products") (Ex. B., 8-27-10 Invoice from Hisonic for Accused Products). Accordingly, Hisonic transacts business in this judicial district and commits direct and/or contributory infringement, and/or induces infringement, of the '060 Reissued Patent pursuant to 35 U.S.C. §§ 271(a)-(c).

8. Personal jurisdiction is, therefore, proper over the defendant Hisonic.

### Venue

9. Venue is, therefore, proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

### Relief Requested

10. Infringement by Hisonic has injured Plaintiff Original Creations, and Original Creations is entitled to recover damages adequate to compensate it for infringement of the '060 Reissued Patent, pursuant to 35 U.S.C. §§ 284, 285. If the infringement is found to be intentional and willful, then Original Creations will seek treble damages pursuant to 35 U.S.C. § 284.

11. The infringement will continue to injure Original Creations until this Court enters an injunction prohibiting further infringement, and specifically enjoins further manufacture, sale, use and/or offer for sale of the accused products recited in Paragraph 7, above, pursuant to 35 U.S.C. §§ 283.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Original Creations asks this Court to enter judgment against Hisonic, and its subsidiaries, agents, servants, employees, attorneys and all persons in active concert or participation with Hisonic, granting Original Creations the following relief:

A. a judgment that Hisonic has directly and/or contributorily infringed and/or induced the infringement of the '060 Reissued Patent;

B. an award to Original Creations of such damages pursuant to 35 U.S.C. § 284 that are adequate to compensate it for Hisonic's infringement, the damages to be no less than a reasonable royalty;

C. a permanent injunction pursuant to 35 U.S.C. § 283 prohibiting further infringement of the '060 Reissued Patent; an award of treble damages pursuant to 35 U.S.C. § 284 to the extent that Hisonic's infringement, or any thereof, is ultimately found to be willful;

D. an award to Original Creations of its reasonable attorney fees pursuant to 35 U.S.C. § 285 upon a determination that this is an exceptional case justifying such fees;

E. that the Court award prejudgment and postjudgment interest on all damages;

      F.      that Original Creations recover all its costs of action; and

      G.      for such other and further relief as this Court and/or a jury may deem proper and just.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands that all issues be determined by jury.

DATED: September 23, 2010

Respectfully submitted,

<u>s/Michael P. Mazza/</u>
Michael P. Mazza
Illinois Bar No. 6201609
Dana L. Drexler
Illinois Bar No. 6291515
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, Illinois 60137-4281
Phone: (630) 858-5071
Fax: (630) 282-7123
Email: mazza@mazzallc.com

**ATTORNEYS FOR PLAINTIFF**